IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ADRIANA VILLA,

     Plaintiff,

v.                           Case No.:

                               Jury Demanded

EMPIRE TRUCK LINES, INC.,
DAIMLER TRUST d/b/a EMPIRE TRUCK LINES, INC.,
and GENE AUTRY BARCLAY, JR.,

     Defendants.

---

NOTICE OF REMOVAL

---

COME NOW the Defendants, Empire Truck Lines, Inc. and Gene Autry Barclay, Jr. (hereinafter collectively referred to as "Defendants"), pursuant to 28 U.S.C. §§ 1441 *et seq.*, and file this Notice of Removal without waiver of any defenses or grounds for removal of the above styled case originally filed by the Plaintiff in the Circuit Court of the Thirtieth Judicial District for Shelby County, Tennessee. Defendants hereby petition to remove this action to the United States District Court for the Western District of Tennessee which is the judicial district in which the action is pending. In support of this Notice, Defendants state as follows:

I.

STATE COURT ACTION

1.    On October 16, 2017, Plaintiff filed a Complaint against Defendants in the Circuit Court of the Thirtieth Judicial District styled *Adrianna Villa v. Empire Truck Lines, Inc., Daimler Trust d/b/a Empire Truck Lines, Inc. and Gene Autry Barclay Jr.*, Case No. CT-004227-17.

2.    A copy of the Complaint filed in the State Court action is attached hereto and made a part hereof by reference as part of Collective Exhibit 1.

3.    As alleged in the Complaint, Plaintiff is a resident of Memphis, Shelby County, Tennessee.  See Exhibit 1 - Complaint, ¶ 1.

4.    Defendant Empire Truck Lines, Inc. is now, and was at the time of the filing of the Complaint, a Texas corporation with its principal place of business in Houston, Texas.  See Exhibit 1 - Complaint, ¶ 2 and page 6.

5.    Defendant Daimler Trust is a statutory trust organized and existing by virtue of the laws of the State of Delaware with its principal place of business in the State of Michigan.  See Exhibit 1 - Complaint, ¶ 3.

6.   Gene Autry Barclay, Jr. is an individual citizen of the State of Texas and domiciled in the State of Texas and intends to remain domiciled in Texas for the foreseeable future.  See Exhibit 1 - Complaint, page 6.

II.

BASIS FOR REMOVAL

7.   Removal is proper because complete diversity of citizenship exists between Plaintiff and all defendants in the Complaint and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. See 28 U.S.C. § 1332, 1441(a). Each defendant named in the Complaint is a citizen of a different state than Plaintiff.  See 28 U.S.C. § 1332(a). Plaintiff is a citizen of Tennessee, Empire Truck Lines, Inc. and Gene Autry Barclay, Jr. are citizens of Texas, and Daimler Trust is a citizen of Delaware and/or Michigan. The Complaint seeks $800,000 in alleged damages. See Exhibit 1 - Complaint, page 5, ¶ 2.

8.   This court therefore has original jurisdiction over this matter, and Defendants have a statutory right to remove the State Court action.  Accordingly, Defendants hereby remove the action to this federal court.

9.  This Notice of Removal is being filed within thirty (30) days after Defendants received notice of the Complaint and is thus timely filed under 28 U.S.C. § 1446(b).

10.  Defendants will give written notice of the filing of this notice to Plaintiff, as required by 28 U.S.C. § 1446(d).

11.  A copy of this notice will be filed with the clerk for the Circuit Court of Tennessee for the Thirtieth Judicial District at Memphis, located in Memphis, Tennessee, as required by 28 U.S.C. § 1446(d).

12.  Copies of all documents previously filed or served upon Defendants in the State Court action are attached hereto as Collective Exhibit 1.

13.  The undersigned counsel consulted with in-house counsel for Daimler Trust, and Daimler Trust gave permission to remove this action to federal court.

WHEREFORE, Defendants respectfully pray that the above-entitled action now pending against them in the Circuit Court of Tennessee for the Thirtieth Judicial District at Memphis, proceed in this Court as an action properly removed hereto.

Respectfully Submitted,

BLACK MCLAREN JONES RYLAND & GRIFFEE, P.C.


By:   /s/ William E. Cochran, Esq.
      William E. Cochran, Jr.   #21428
      Warren P. Campbell        #30096
      530 Oak Court Drive, Suite 360
      Memphis, Tennessee 38103
      (901) 762-0535 Telephone
      (901) 762-0539 Telecopier
      wcochran@blackmclaw.com
      wcampbell@blackmclaw.com
      *Attorneys for Empire Truck Lines, Inc.*
      *and Gene Autry Barclay, Jr.*


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served on Counsel for Plaintiff, Daryl A. Gray, Esq., 10555 Lake Forest Blvd., Suite 9C, New Orleans, LA 70127, this 14th day of November, 2017, via first class mail.


      /s/ William E. Cochran, Esq.

IN THE CIRCUIT COURT OF TENNESSEE FOR THE

THIRTIETH JUDICIAL DISTRICT AT MEMPHIS, SHELBY COUNTY

FILED
OCT 16 2017
CIRCUIT COURT CLERK
BY_____ D.C.

ADRIANA VILLA,
    PLAINTIFF

V.

EMPIRE TRUCK LINES, INC.,
DAIMLER TRUST d/b/a EMPIRE TRUCK LINES, INC.
AND GENE AUTRY BARCLAY, JR.,
    DEFENDANTS

CASE NO: CT-004227-17

DIVISION: VII

DOCKET NO.:

JURY DEMANDED

---

## COMPLAINT

---

    COMES NOW the Plaintiff, Adrianna Villa, by and through her attorney Daryl Andre Gray and files this Complaint and hereby asserts the following causes of action against the Defendants, EMPIRE TRUCK LINES, INC., DAIMLER TRUST d/b/a EMPIRE TRUCK LINES, INC., AND GENE AUTRY BARCLAY, JR.

### JURISDICTION AND VENUE

1. Adriana Villa is and was at all times pertinent to this cause of action, an adult resident of Memphis, Shelby County, Tennessee.

2. The named Defendant, Empire Truck Lines, Inc. ("Empire"), is a Texas corporation conducting significant business transactions in the state of Tennessee, and specifically transporting a significant amount of goods through the City of Memphis, State of Tennessee.

3. The named Defendant, Daimler Trust d/b/a Empire Truck Lines, Inc. ("Daimler"), is a Delaware company authorized to do and doing business in Shelby County in the City of Memphis, State of Tennessee.

4. The named Defendant, Gene Autry Barclay, Jr, was in the course and scope of his employment with Empire and/or Daimler at all times relevant to this action.

1

5.  The incident took place in Memphis, Shelby County, Tennessee, injured a resident of Memphis, Shelby County, Tennessee, and was caused by the negligence of these defendants.

## FACTS

6.  On or about October 29, 2016, Plaintiff, Adriana Villa, was the driver of a 2010 Dodge Challenger.

7.  The vehicle Plaintiff was driving was in the proper lane of travel, observing traffic signs, and was being operated in a safe and prudent manner north bound on Ridgeway Road.

8.  At the same time and place, Defendant, Gene Autry Barclay, Jr was driving a 2016 Freightliner Truck owned by Daimler and/or Empire when he struck the left side of the Plaintiff's vehicle.

9.  Upon information and belief, Defendant, Empire, at all times relevant hereto, was the direct employer of Gene Autry Barclay, Jr.

10. Plaintiff alleges that as a direct and proximate result of the actions and/or inactions of Gene Autry Barclay, Jr. and his employer Empire and/or Daimler, the Plaintiff suffered severe and permanent damages and injuries.

## NEGLIGENCE

11. Plaintiff charges and alleges that the Defendant Driver, Gene Autry Barclay, Jr was guilty of the following acts of common law negligence, each of which was a direct and proximate cause of Plaintiff's resulting injuries and damages, to wit:

   a.  Negligently failing to exercise that degree of care and caution required of a reasonable and prudent person under the same or similar circumstances;

   b.  Negligently failing to maintain proper control of a vehicle;

   c.  Negligently failing to maintain a proper lookout;

d. Negligently failing to avoid the occurrence of the collision, which could have been avoided with the exercise of ordinary reasonable care, and the defendant failed to exercise such care.

e. Negligently failing to devote full time and attention to the operation of the freightliner truck he was operating at the time of this crash;

f. Gross negligence in the careless, reckless, unlawful, and negligent driving and operation of said vehicle with complete indifference to the consequences.

g. Negligence per se in that Plaintiff was in the class sought to be protected by the applicable state laws and city ordinances and said negligence per se is a direct and proximate cause of the collision at issue and Plaintiff's resulting injuries and damages;

h. Negligently operating a vehicle in an improper manner on the roadway;

i. Negligently failing to exercise ordinary and reasonable care to avoid said collision;

j. Negligently failing to drive an automobile with due regard for the safety of all other persons on the roadway; and

k. Negligently failing to drive an automobile with due regard for the safety of all other persons on the roadway.

12. Plaintiff further charges and alleges that at the time of the collision in question, the following City Ordinances and Statutes of the State of Tennessee were in full force and effect and were violated by Defendant, each and every such act constituting a direct and proximate cause or direct contributing proximate cause of the injuries and damages to Plaintiffs, to wit:

## CITY ORDINANCES

Section 24-116     Duty to devote full time and attention to operation of a vehicle.

Section 24-117     Duty to drive at a safe speed, maintain a proper lookout and keep the vehicle under control.

### STATUTE OF THE STATE OF TENNESSEE

**Section 55-8-103**  **Required Obedience to Traffic Laws**

**Section 55-8-110**  **Traffic Control Signal**

**Section 55-10-205**  **Reckless Driving**

**Section 55-8-136**  **Driver to exercise Due Care**

13. Plaintiff further charges and alleges that Defendant's aforesaid acts of common law negligence and violations of City Ordinance and Statutes of the State of Tennessee constitute negligence per se in that Plaintiff was in the class sought to be protected by the legislation and said negligence per se is a direct and proximate cause of the collision at issue and Plaintiff's resulting injuries and damages.

14. Plaintiff further charges and alleges that Empire Truck Lines, Inc. and/or Daimler negligently hired, inadequately trained, negligently supervised and negligently retained Gene Autry Barclay, Jr and therefore, Empire Truck Lines, Inc.'s actions and/or failure to act were the direct and proximate cause of Plaintiff's injuries.

15. Plaintiff further alleges that Empire Truck Lines, Inc. was negligent for retaining the service of/or contracting with Gene Autry Barclay, Jr to transport goods within the state of Tennessee and is therefore the direct and proximate cause of Plaintiffs injuries.

16. Plaintiff further alleges that Daimler Trust is jointly liable for the negligence of Empire Truck Lines, Inc., and Gene Autry Barclay, Jr.

### INJURIES AND DAMAGES

17. Plaintiff charges and alleges that as a direct and proximate result of one, some or all of the aforesaid acts of negligence and statutory violations on the part of the Defendants, that the plaintiff has suffered severe injuries and damages, including but not limited to:

    1. Extensive physical injuries;

    2. Medical expenses;

    3. Past, present, and future physical pain and suffering;

4

4.  Past, present, and future mental anguish;

5.  Past, present, and future loss of enjoyment of life;

6.  Severe fright and shock; and

7.  Out of pocket expenses.

18. Plaintiff charges and alleges that as a direct and proximate result of the negligence on the part of the Defendant, Plaintiff, received serious and painful injuries requiring medical attention and treatment. Plaintiff further alleges that doctors and medical bills were incurred in an effort to relieve the pain, suffering, and discomfort associated with Plaintiff's injuries. Plaintiff submits that all doctor and medical bills so incurred were reasonable and necessary for the treatment of the injuries and that Plaintiff will in the future require further medical treatment and will incur additional medical bills to treat said injuries.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff respectfully prays:

1.  That proper process issue against the Defendants requiring them to plead and answer;

2.  That Plaintiff, Adriana Villa be awarded judgment against the Defendants in the amount that truth dictates and justice demands and not to exceed **EIGHT HUNDRED THOUSAND DOLLARS ($800,000),** for actual compensatory and punitive damages for the Defendants' gross willful and wanton negligence;

3.  That Plaintiff be granted such other relief, general or specific, that this Court deems equitable and just;

4.  That the costs of this action be awarded to Plaintiff;

5.  That a jury be empaneled to try these issues when joined.

Respectfully Submitted,

_____

**DARYL A. GRAY, ESQ. (TBPR 27781)**
Attorney for Plaintiff
10555 Lake Forest Blvd., Suite 9C
New Orleans, LA 70127
Telephone: (504) 264-5552
Facsimile: (504) 264-5581
Email: daryl@gograylaw.com

**PLEASE SERVE:**

Please Issue Citation and a Certified Copy of this Complaint for Long Arm Service directed to:
GENE AUTRY BARCLAY JR
5205 Fairbanks Drive
Apt. 40
El Paso, TX 79924


Please Issue Citation and a Certified Copy of this Complaint for Long Arm Service directed to:
EMPIRE TRUCK LINES, INC.
Through its Registered Agent:
David R. Acker
10043 Wallisville Rd.,
Houston, TX 77013


DAIMLER TRUST
Through its Registered Agent:
CT Corporation System
800 Gay Street, Ste. 2021
Knoxville, TN 37929

6

IN THE CIRCUIT COURT OF TENNESSEE FOR THE

THIRTIETH JUDICIAL DISTRICT AT MEMPHIS, SHELBY COUNTY

ADRIANA VILLA,
    PLAINTIFF

V.

EMPIRE TRUCK LINES, INC.,
ET. AL.

**F I L E D**

OCT 16 2017

CIRCUIT COURT CLERK
BY. _____ D.C.

CASE NO: CT-004227-17

DIVISION: VII

DOCKET NO.:
JURY DEMANDED

## COST BOND

Pursuant to TCA 20-12-120 et. seq., I hereby acknowledge myself as surety for the costs in the above styled cause for an amount not to exceed $500.00.

This the 11ᵗʰ day of October, 2017.

GRAY LAW GROUP, LLC
Firm

Daryl A. Gray # 27781
By: Attorney / BPR No.

By: Attorney

1331 Union Avenue, Ste. 1049
Address

Memphis, TN 38104
City, State, Zip

(901) 440-4444
Telephone



(CIRCUIT/~~CHANCERY~~) COURT OF TENNESSEE
140 ADAMS AVENUE, MEMPHIS, TENNESSEE 38103
FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

**SUMMONS IN CIVIL ACTION**

F I L E D
NOV 0 1 2017
CIRCUIT COURT CLERK
BY _____ D.C.

Docket No. *CT-004227-17*

◉ Lawsuit
◯ Divorce

Ad Damnum $ _____

| ADRIANA VILLA | VS | EMPIRE TRUCK LINES, INC., DAIMLER TRUST d/b/a EMPIRE TRUCK LINES, INC., and GENE AUTRY BARCLAY, JR. |
|---|---|---|
| Plaintiff(s) | | Defendant(s) |

TO: (Name and Address of Defendant (One defendant per summons))

Daimler Trust
Through its Registered Agent:
CT Corporation System
800 Gay Street, Ste. 2021
Knoxville, TN 37929

Method of Service:
◯ Certified Mail
◯ Shelby County Sheriff
◯ Commissioner of Insurance ($)
◯ Secretary of State ($)
◉ Other  TN County Sheriff ($)
◯ Private Process Server
◯ Other

($) Attach Required Fees

You are hereby summoned and required to defend a civil action by filing your answer with the Clerk of the Court and

serving a copy of your answer to the Complaint on **Daryl A. Gray**                                    Plaintiff's

attorney, whose address is **10555 Lake Forest Blvd., Ste. 9C, New Orleans, LA 70127**

telephone **(504) 264-5552**            within THIRTY (30) DAYS after this summons has been served upon you, not including the day of service. If you fail to do so, a judgment by default may be taken against you for the relief demanded in the Complaint.

JIMMY MOORE, Clerk / DONNA RUSSELL, Clerk and Master

TESTED AND ISSUED      *10-16-17*                    By _____ D.C.

**TO THE DEFENDANT:**

NOTICE; Pursuant to Chapter 919 of the Public Acts of 1980, you are hereby given the following notice:
Tennessee law provides a ten thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed. These include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

FOR AMERICANS WITH DISABILITIES ACT (ADA) ASSISTANCE ONLY, CALL (901) 222-2341

I, JIMMY MOORE / DONNA RUSSELL, Clerk of the Court, Shelby County, Tennessee, certify this to be a true and accurate copy as filed this

_____ 20__

JIMMY MOORE, Clerk / DONNA RUSSELL, Clerk and Master      By: _____ , D.C.

**KNOX COUNTY SHERIFF'S OFFICE**
KNOXVILLE, TENNESSEE

№ 178777

10-23 20 17

RECEIVED _Gray Reed Group LLC_   $ 42.00 ☐

ADDRESS _10555 Lake Forest Blvd, New Orleans, LA 70_

WARRANT # _CT00422717_   REFUND CK. # _____   REFUND $ _____ ☐

COUNTY _Shelby_   ATTEMPTED SER. FEE $ _____ ☐

STATE _TN_   BY CLERK _MC_   CHECK # _2702_

ELECTRONICALLY FILED
2017 Nov 09 3:05 PM
CLERK OF COURT

IN THE CIRCUIT COURT OF TENNESSEE FOR THE THIRTIETH JUDICIAL
DISTRICT AT MEMPHIS

---

ADRIANA VILLA,

    Plaintiff,

v.                                     Docket No.: CT-004227-17
                                       Div. VII
                                       Jury Demanded
EMPIRE TRUCK LINES, INC.,
DAIMLER TRUST d/b/a EMPIRE TRUCK LINES, INC.,
and GENE AUTRY BARCLAY, JR.,

    Defendants.

---

NOTICE OF APPEARANCE

---

COME NOW William E. Cochran, Jr., Warren P. Campbell, and Black McLaren Jones Ryland and Griffee, P.C., and file this Notice of Appearance on behalf of Empire Truck Lines, Inc. and Gene Autry Barclay, Jr., without waiving any substantive or procedural rights. The undersigned requests that any pleadings be sent to them.

Respectfully Submitted,

BLACK MCLAREN JONES RYLAND & GRIFFEE, P.C.

By: _____
    William E. Cochran, Jr.  #21428
    Warren P. Campbell       #30096
    530 Oak Court Drive, Suite 360
    Memphis, Tennessee 38103
    (901) 762-0535 Telephone
    (901) 762-0539 Telecopier
    wcochran@blackmclaw.com
    wcampbell@blackmclaw.com
    *Attorneys for Empire Truck Lines, Inc.*
    *and Gene Autry Barclay, Jr.*


CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing has been
served on Daryl A. Gray, Esq., 10555 Lake Forest Blvd., Suite 9C,
New Orleans, LA 70127, this ___9th___ day of November, 2017.

                    _____

5





**Tre Hargett**
Secretary of State

FILED
NOV 14 2017
CIRCUIT COURT CLERK
BY_____D.C.

**Division of Business Services**
**Department of State**
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

## AFFIDAVIT AND ENDORSEMENT

Case #: CT-004227-17                                                                 11/06/2017

Certified #: **70171450000228686090**                              SOS Summons #: 04940299

RE: **ADRIANA VILLA**

VS: **EMPIRE TRUCK LINES INC, DAIMLER TRUST D/B/A EMPIRE TRUCK LINES INC, AND GENE AUTRY BARCLAY JR**

I, <u>ANNE HACKNEY</u>, having been duly authorized by Tre Hargett, Secretary of State of Tennessee, do hereby make oath on his behalf and under authorization as follows:

That on <u>10/23/2017</u>, I received from the plaintiff the original and certified copies of the process, notice or demand issued against <u>BARCLAY, GENE AUTRY JR</u> whose address is: <u>5205 FAIRBANKS DRIVE, EL PASO, TX 79924</u>, and that on <u>10/24/2017</u>, I mailed by registered or certified return-receipt mail the certified copies of the process, notice, or demand to the above address together with a written notice that service was made.

I further make oath that the registered or certified letter was not delivered but was returned to my office on <u>11/06/2017</u> containing the notation "ATTEMPTED - NOT KNOWN" and returned to <u>SHELBY COUNTY - CIRCUIT COURT of MEMPHIS, TN</u> on <u>11/06/2017</u>.

Tre Hargett
Secretary of State

By_____

Sworn to and subscribed before me this

<u>6</u> day of <u>November</u>, 20 <u>17</u>

_____
Notary Public

My Commission Expires: <u>5-03-2001</u>

CAROL L. DICKERSON
STATE OF TENNESSEE
NOTARY PUBLIC
DAVIDSON COUNTY

SS-4205(Rev. 9/15)                                                                       RDA 1003

(CIRCUIT/CHANCERY) COURT OF TENNESSEE
140 ADAMS AVENUE, MEMPHIS, TENNESSEE 38103
FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

## SUMMONS IN CIVIL ACTION

Docket No. _CI-004227-17_    ● Lawsuit ○ Divorce    Ad Damnum $ _____

| | | |
|---|---|---|
| ADRIANA VILLA | VS | EMPIRE TRUCK LINES, INC., DAIMLER TRUST d/b/a EMPIRE TRUCK LINES, INC., and GENE AUTRY BARCLAY, JR. |
| Plaintiff(s) | | Defendant(s) |

TO: (Name and Address of Defendant (One defendant per summons))

Gene Autry Barclay, Jr.
5205 Fairbanks Drive
Apt. 40
El Paso, TX 79924

**Method of Service:**
○ Certified Mail
○ Shelby County Sheriff
○ Commissioner of Insurance (S)
● Secretary of State (S)
○ Other TN County Sheriff (S)
○ Private Process Server
○ Other

(S) Attach Required Fees

You are hereby summoned and required to defend a civil action by filing your answer with the Clerk of the Court and

serving a copy of your answer to the Complaint on Daryl A. Gray    Plaintiff's

attorney, whose address is 10555 Lake Forest Blvd., Ste. 9C, New Orleans, LA 70127

telephone (504) 264-5552    within THIRTY (30) DAYS after this summons has been served upon you, not including the day
of service. If you fail to do so, a judgment by default may be taken against you for the relief demanded in the Complaint.

JIMMY MOORE, Clerk / DONNA RUSSELL, Clerk and Master

TESTED AND ISSUED _____10-16-17_____    By _____, D.C.

TO THE DEFENDANT:

NOTICE: Pursuant to Chapter 919 of the Public Acts of 1980, you are hereby given the following notice:
Tennessee law provides a ten thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment
should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish
to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless
it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain
items are automatically exempt by law and do not need to be listed. These include items of necessary wearing apparel (clothing) for yourself and
your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible and school books. Should any of these
items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek
the counsel of a lawyer.

FOR AMERICANS WITH DISABILITIES ACT (ADA) ASSISTANCE ONLY, CALL (901) 222-2341.

I, JIMMY MOORE / DONNA RUSSELL, Clerk of the Court, Shelby County, Tennessee, certify this to be a true and accurate copy as filed this

_____10-16_____ 20_17_

JIMMY MOORE, Clerk / DONNA RUSSELL, Clerk and Master    By _____, D.C.

<u>RETURN OF SERVICE OF SUMMONS</u>

I HEREBY CERTIFY THAT I <u>HAVE</u> SERVED THE WITHIN SUMMONS:

By delivering on the _____day of _____, 20_____at _____M. a copy of the summons

and a copy of the Complaint to the following Defendant _____

at _____

By: _____

_____                    Sheriff or other authorized person to serve process
Signature of person accepting service

---

<u>RETURN OF NON-SERVICE OF SUMMONS</u>

I HEREBY CERTIFY THAT I <u>HAVE NOT</u> SERVED THE WITHIN SUMMONS:

To the named Defendant _____

because _____is (are) not to be found in this County after diligent search and inquiry for the following

reason(s): _____

This _____day of _____, 20_____.

By: _____
                    Sheriff or other authorized person to serve process

**Business Services Division**
Secretary of State Tre Hargett

**State of Tennessee**
312 Rosa L. Parks Avenue, 6th Floor
Nashville, Tennessee 37243-1102

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**



7017 1450 0002 2868 6090



U.S. POSTAGE ≫ PITNEY BOWES

ZIP 37243   $ 006.77⁰
02 4W
0000336983 OCT 25. 2017



BARCLAY GENE AUTRY JR
5205 FAIRBANKS DRIVE
APT 40
EL PASO TX 79924

NIXIE      799   FE 1        0010/31/17

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC:  37243110Z            *Z759-87816-25-42
79924$3593 *0462

**SENDER: COMPLETE THIS SECTION**

- ☒ Complete items 1, 2, and 3.
- ☒ Print your name and address on the reverse so that we can return the card to you.
- ☒ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BARCLAY GENE AUTRY JR
5205 FAIRBANKS DRIVE
APT 40
EL PASO TX  79924

9590 9402 2296 6225 9282 18

2. Article Number (Transfer from service label)

7017 1450 0002 2868 6090

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    ID - 24    Domestic Return Receipt

(CIRCUIT/CHANCERY) COURT OF TENNESSEE
140 ADAMS AVENUE, MEMPHIS, TENNESSEE 38103
FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

## SUMMONS IN CIVIL ACTION

Docket No. *CT-004227-17*

☑ Lawsuit
○ Divorce

Ad Damnum $ _____

| ADRIANA VILLA | VS | EMPIRE TRUCK LINES, INC., DAIMLER TRUST d/b/a EMPIRE TRUCK LINES, INC., and GENE AUTRY BARCLAY, JR. |
|---|---|---|
| Plaintiff(s) | | Defendant(s) |

TO: (Name and Address of Defendant (One defendant per summons))

Empire Truck Lines, Inc.
Through its Registered Agent:
David R. Acker
10043 Wallisville Rd.
Houston, TX 77013

Method of Service:
● Certified Mail
○ Shelby County Sheriff
○ Commissioner of Insurance ($)
○ Secretary of State ($)
○ Other TN County Sheriff ($)
○ Private Process Server
○ Other

($) Attach Required Fees

You are hereby summoned and required to defend a civil action by filing your answer with the Clerk of the Court and

serving a copy of your answer to the Complaint on Daryl A. Gray                              Plaintiff's

attorney, whose address is 10555 Lake Forest Blvd., Ste. 9C, New Orleans, LA 70127

telephone (504) 264-5552                 within THIRTY (30) DAYS after this summons has been served upon you, not including the day
of service. If you fail to do so, a judgment by default may be taken against you for the relief demanded in the Complaint.

JIMMY MOORE, Clerk / DONNA RUSSELL, Clerk and Master

TESTED AND ISSUED _____*10-16-17*_____   By _____, D.C.

TO THE DEFENDANT:

NOTICE; Pursuant to Chapter 919 of the Public Acts of 1980, you are hereby given the following notice:
Tennessee law provides a ten thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment
should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish
to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless
it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain
items are automatically exempt by law and do not need to be listed. These include items of necessary wearing apparel (clothing) for yourself and
your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible and school books. Should any of these
items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek
the counsel of a lawyer.

FOR AMERICANS WITH DISABILITIES ACT (ADA) ASSISTANCE ONLY, CALL (901) 222-2341

I, JIMMY MOORE / DONNA RUSSELL, Clerk of the Court, Shelby County, Tennessee, certify this to be a true and accurate copy as filed this

_____*10-16*_____ 20 *17*

JIMMY MOORE, Clerk / DONNA RUSSELL, Clerk and Master     By _____, D.C.

RETURN OF SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I HAVE SERVED THE WITHIN SUMMONS:

By delivering on the _____ day of _____, 20_____ at _____ M. a copy of the summons

and a copy of the Complaint to the following Defendant _____

at _____

_____                    By: _____
Signature of person accepting service                                      Sheriff or other authorized person to serve process

RETURN OF NON-SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I HAVE NOT SERVED THE WITHIN SUMMONS:

To the named Defendant _____

because _____ is (are) not to be found in this County after diligent search and inquiry for the following

reason(s): _____

This _____ day of _____, 20_____.

                                                    By: _____
                                                          Sheriff or other authorized person to serve process

(CIRCUIT/CHANCERY) COURT OF TENNESSEE
140 ADAMS AVENUE, MEMPHIS, TENNESSEE 38103
FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

## SUMMONS IN CIVIL ACTION

Docket No. *CT-004227-17*

○ **Lawsuit**
○ Divorce

Ad Damnum $ _____

| ADRIANA VILLA | VS | EMPIRE TRUCK LINES, INC., DAIMLER TRUST d/b/a EMPIRE TRUCK LINES, INC., and GENE AUTRY BARCLAY, JR. |
|---|---|---|
| Plaintiff(s) | | Defendant(s) |

TO: (Name and Address of Defendant (One defendant per summons))

Empire Truck Lines, Inc.
Through its Registered Agent:
David R. Acker
10043 Wallisville Rd.
Houston, TX 77013

Method of Service:
● Certified Mail
○ Shelby County Sheriff
○ Commissioner of Insurance ($)
○ Secretary of State ($)
○ Other TN County Sheriff ($)
○ Private Process Server
○ Other

($) Attach Required Fees

You are hereby summoned and required to defend a civil action by filing your answer with the Clerk of the Court and

serving a copy of your answer to the Complaint on Daryl A. Gray                              Plaintiff's

attorney, whose address is 10555 Lake Forest Blvd., Ste. 9C, New Orleans, LA 70127

telephone (504) 264-5552          within THIRTY (30) DAYS after this summons has been served upon you, not including the day of service. If you fail to do so, a judgment by default may be taken against you for the relief demanded in the Complaint.

JIMMY MOORE, Clerk / DONNA RUSSELL, Clerk and Master

TESTED AND ISSUED    *10-16-17*        By _____, D.C.

TO THE DEFENDANT:

NOTICE: Pursuant to Chapter 919 of the Public Acts of 1980, you are hereby given the following notice:
Tennessee law provides a ten thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment.  If a judgment should be entered against you in this action and you wish to claim property as exempt,  you must file a written list, under oath, of the items you wish to claim  as exempt  with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however,  unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment  issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed.  These include  items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

FOR AMERICANS WITH DISABILITIES ACT (ADA) ASSISTANCE ONLY, CALL (901) 222-2341

I, JIMMY MOORE / DONNA RUSSELL, Clerk of the Court, Shelby County, Tennessee, certify this to be a true and accurate copy as filed this

*10-16*  20 *17*

JIMMY MOORE, Clerk / DONNA RUSSELL, Clerk and Master      By _____, D.C.

<u>RETURN OF SERVICE OF SUMMONS</u>

I HEREBY CERTIFY THAT I <u>HAVE</u> SERVED THE WITHIN SUMMONS:

By delivering on the _____ day of _____, 20_____ at _____ M. a copy of the summons

and a copy of the Complaint to the following Defendant _____

at _____

_____                By: _____
Signature of person accepting service                                  Sheriff or other authorized person to serve process

---

<u>RETURN OF NON-SERVICE OF SUMMONS</u>

I HEREBY CERTIFY THAT I <u>HAVE NOT</u> SERVED THE WITHIN SUMMONS:

To the named Defendant _____

because _____ is (are) not to be found in this County after diligent search and inquiry for the following

reason(s): _____

This _____ day of _____, 20_____.

                                                       By: _____
                                                         Sheriff or other authorized person to serve process

## IN THE CIRCUIT COURT OF TENNESSEE FOR THE

## THIRTIETH JUDICIAL DISTRICT AT MEMPHIS, SHELBY COUNTY

ADRIANA VILLA,
    PLAINTIFF

V.

EMPIRE TRUCK LINES, INC.,
DAIMLER TRUST d/b/a EMPIRE TRUCK LINES, INC.
AND GENE AUTRY BARCLAY, JR.,
    DEFENDANTS

CASE NO: _CT-004227-17_

DIVISION: _VII_

DOCKET NO.:

JURY DEMANDED

F I L E D
OCT 16 2017
CIRCUIT COURT CLERK
BY _____ D.C.

---

### COMPLAINT

---

COMES NOW the Plaintiff, Adrianna Villa, by and through her attorney Daryl Andre Gray and files this Complaint and hereby asserts the following causes of action against the Defendants, EMPIRE TRUCK LINES, INC., DAIMLER TRUST d/b/a EMPIRE TRUCK LINES, INC., AND GENE AUTRY BARCLAY, JR.

### JURISDICTION AND VENUE

1. Adriana Villa is and was at all times pertinent to this cause of action, an adult resident of Memphis, Shelby County, Tennessee.

2. The named Defendant, Empire Truck Lines, Inc. ("Empire"), is a Texas corporation conducting significant business transactions in the state of Tennessee, and specifically transporting a significant amount of goods through the City of Memphis, State of Tennessee.

3. The named Defendant, Daimler Trust d/b/a Empire Truck Lines, Inc. ("Daimler"), is a Delaware company authorized to do and doing business in Shelby County in the City of Memphis, State of Tennessee.

4. The named Defendant, Gene Autry Barclay, Jr, was in the course and scope of his employment with Empire and/or Daimler at all times relevant to this action.

1

5. The incident took place in Memphis, Shelby County, Tennessee, injured a resident of Memphis, Shelby County, Tennessee, and was caused by the negligence of these defendants.

## FACTS

6. On or about October 29, 2016, Plaintiff, Adriana Villa, was the driver of a 2010 Dodge Challenger.

7. The vehicle Plaintiff was driving was in the proper lane of travel, observing traffic signs, and was being operated in a safe and prudent manner north bound on Ridgeway Road.

8. At the same time and place, Defendant, Gene Autry Barclay, Jr was driving a 2016 Freightliner Truck owned by Daimler and/or Empire when he struck the left side of the Plaintiff's vehicle.

9. Upon information and belief, Defendant, Empire, at all times relevant hereto, was the direct employer of Gene Autry Barclay, Jr.

10. Plaintiff alleges that as a direct and proximate result of the actions and/or inactions of Gene Autry Barclay, Jr. and his employer Empire and/or Daimler, the Plaintiff suffered severe and permanent damages and injuries.

## NEGLIGENCE

11. Plaintiff charges and alleges that the Defendant Driver, Gene Autry Barclay, Jr was guilty of the following acts of common law negligence, each of which was a direct and proximate cause of Plaintiff's resulting injuries and damages, to wit:

   a. Negligently failing to exercise that degree of care and caution required of a reasonable and prudent person under the same or similar circumstances;

   b. Negligently failing to maintain proper control of a vehicle;

   c. Negligently failing to maintain a proper lookout;

d.   Negligently failing to avoid the occurrence of the collision, which could have been avoided with the exercise of ordinary reasonable care, and the defendant failed to exercise such care.

e.   Negligently failing to devote full time and attention to the operation of the freightliner truck he was operating at the time of this crash;

f.   Gross negligence in the careless, reckless, unlawful, and negligent driving and operation of said vehicle with complete indifference to the consequences.

g.   Negligence per se in that Plaintiff was in the class sought to be protected by the applicable state laws and city ordinances and said negligence per se is a direct and proximate cause of the collision at issue and Plaintiff's resulting injuries and damages;

h.   Negligently operating a vehicle in an improper manner on the roadway;

i.   Negligently failing to exercise ordinary and reasonable care to avoid said collision;

j.   Negligently failing to drive an automobile with due regard for the safety of all other persons on the roadway; and

k.   Negligently failing to drive an automobile with due regard for the safety of all other persons on the roadway.

12. Plaintiff further charges and alleges that at the time of the collision in question, the following City Ordinances and Statutes of the State of Tennessee were in full force and effect and were violated by Defendant, each and every such act constituting a direct and proximate cause or direct contributing proximate cause of the injuries and damages to Plaintiffs, to wit:

### CITY ORDINANCES

Section 24-116      **Duty to devote full time and attention to operation of a vehicle.**

Section 24-117      **Duty to drive at a safe speed, maintain a proper lookout and keep the vehicle under control.**

3

STATUTE OF THE STATE OF TENNESSEE

Section 55-8-103    **Required Obedience to Traffic Laws**

Section 55-8-110    **Traffic Control Signal**

Section 55-10-205   **Reckless Driving**

Section 55-8-136    **Driver to exercise Due Care**

13. Plaintiff further charges and alleges that Defendant's aforesaid acts of common law negligence and violations of City Ordinance and Statutes of the State of Tennessee constitute negligence per se in that Plaintiff was in the class sought to be protected by the legislation and said negligence per se is a direct and proximate cause of the collision at issue and Plaintiff's resulting injuries and damages.

14. Plaintiff further charges and alleges that Empire Truck Lines, Inc. and/or Daimler negligently hired, inadequately trained, negligently supervised and negligently retained Gene Autry Barclay, Jr and therefore, Empire Truck Lines, Inc.'s actions and/or failure to act were the direct and proximate cause of Plaintiff's injuries.

15. Plaintiff further alleges that Empire Truck Lines, Inc. was negligent for retaining the service of/or contracting with Gene Autry Barclay, Jr to transport goods within the state of Tennessee and is therefore the direct and proximate cause of Plaintiffs injuries.

16. Plaintiff further alleges that Daimler Trust is jointly liable for the negligence of Empire Truck Lines, Inc., and Gene Autry Barclay, Jr.

## INJURIES AND DAMAGES

17. Plaintiff charges and alleges that as a direct and proximate result of one, some or all of the aforesaid acts of negligence and statutory violations on the part of the Defendants, that the plaintiff has suffered severe injuries and damages, including but not limited to:

   1. Extensive physical injuries;

   2. Medical expenses;

   3. Past, present, and future physical pain and suffering;

4

Respectfully Submitted,

DARYL A. GRAY, ESQ. (TBPR 27781)
Attorney for Plaintiff
10555 Lake Forest Blvd., Suite 9C
New Orleans, LA  70127
Telephone: (504) 264-5552
Facsimile: (504) 264-5581
Email: daryl@gograylaw.com

**PLEASE SERVE:**

Please Issue Citation and a Certified Copy of this Complaint for Long Arm Service directed to:
GENE AUTRY BARCLAY JR
5205 Fairbanks Drive
Apt. 40
El Paso, TX 79924

Please Issue Citation and a Certified Copy of this Complaint for Long Arm Service directed to:
EMPIRE TRUCK LINES, INC.
Through its Registered Agent:
David R. Acker
10043 Wallisville Rd.,
Houston, TX 77013

DAIMLER TRUST
Through its Registered Agent:
CT Corporation System
800 Gay Street, Ste. 2021
Knoxville, TN  37929

6



**Tre Hargett**
Secretary of State

**Division of Business Services**
**Department of State**
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

---

EMPIRE TRUCK LINES INC                                                  10/24/2017
AKA/POE: REGISTERED AGENT DAVID R ACKER
10043 WALLISVILLE RD
HOUSTON, TX  77013


RE: ADRIANA VILLA

VS: EMPIRE TRUCK LINES INC, DAIMLER TRUST D/B/A EMPIRE TRUCK LINES INC, AND GENE
    AUTRY BARCLAY JR

### Notice of Service

The enclosed process, notice or demand is hereby officially served upon you by the
Tennessee Secretary of State pursuant to Tennessee law. Please refer to the process, notice or
demand for details concerning the legal matter. If you have any questions, please contact the
clerk of the court that issued the process, notice or demand.

The process, notice or demand may have a court date and time that you must appear to
defend yourself or the number of days from the date of service by which you are required to file
an answer. Failure to appear in court at the time specified or failure to file an answer in the given
time could result in a default judgement being rendered against you for relief sought in the
lawsuit.

The Secretary of State's office cannot give you legal advice. If you need legal advice,
please consult a private attorney.


Tre Hargett
Secretary of State


Enclosures:  Original Documents

---

**DOCUMENT INFORMATION**

SOS Summons # : 04940327

Case #:          CT-004227-17

Certified #:     70171450000228686106


SS-4214 (Rev. 8/15)                                                          RDA 1003

(CIRCUIT/CHANCERY) COURT OF TENNESSEE
140 ADAMS AVENUE, MEMPHIS, TENNESSEE 38103
FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

## SUMMONS IN CIVIL ACTION

Docket No. *CT-004227-17*    ◉ Lawsuit  ○ Divorce          Ad Damnum $ _____

| ADRIANA VILLA | VS | EMPIRE TRUCK LINES, INC., DAIMLER TRUST d/b/a EMPIRE TRUCK LINES, INC., and GENE AUTRY BARCLAY, JR. |
|---|---|---|
| Plaintiff(s) | | Defendant(s) |

TO: (Name and Address of Defendant (One defendant per summons))

Empire Truck Lines, Inc.
Through its Registered Agent:
David R. Acker
10043 Wallisville Rd.
Houston, TX 77013

Method of Service:
○ Certified Mail
○ Shelby County Sheriff
○ Commissioner of Insurance ($)
◉ Secretary of State ($)
○ Other TN County Sheriff ($)
○ Private Process Server
○ Other

($) Attach Required Fees

You are hereby summoned and required to defend a civil action by filing your answer with the Clerk of the Court and

serving a copy of your answer to the Complaint on Daryl A. Gray                                    Plaintiff's

attorney, whose address is  10555 Lake Forest Blvd., Ste. 9C, New Orleans, LA 70127

telephone (504) 264-5552      within THIRTY (30) DAYS after this summons has been served upon you, not including the day
of service. If you fail to do so, a judgment by default may be taken against you for the relief demanded in the Complaint.

JIMMY MOORE, Clerk / DONNA RUSSELL, Clerk and Master

TESTED AND ISSUED    *10-16-17*          By _____ , D.C.

### TO THE DEFENDANT:

NOTICE; Pursuant to Chapter 919 of the Public Acts of 1980, you are hereby given the following notice:
Tennessee law provides a ten thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment
should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish
to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless
it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain
items are automatically exempt by law and do not need to be listed. These include items of necessary wearing apparel (clothing) for yourself and
your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible and school books. Should any of these
items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek
the counsel of a lawyer.

FOR AMERICANS WITH DISABILITIES ACT (ADA) ASSISTANCE ONLY, CALL (901) 222-2341

I, JIMMY MOORE / DONNA RUSSELL, Clerk of the Court, Shelby County, Tennessee, certify this to be a true and accurate copy as filed this

_____*10-16*_____ 20_*17*_

JIMMY MOORE, Clerk / DONNA RUSSELL, Clerk and Master     By _____ , D.C.

RETURN OF SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I HAVE SERVED THE WITHIN SUMMONS:

By delivering on the _____ day of _____, 20_____ at _____ M. a copy of the summons

and a copy of the Complaint to the following Defendant _____

at _____

By: _____
_____
Signature of person accepting service                    Sheriff or other authorized person to serve process

RETURN OF NON-SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I HAVE NOT SERVED THE WITHIN SUMMONS:

To the named Defendant _____

because _____ is (are) not to be found in this County after diligent search and inquiry for the following

reason(s): _____

This _____ day of _____, 20_____.

By: _____
Sheriff or other authorized person to serve process

IN THE CIRCUIT COURT OF TENNESSEE FOR THE

THIRTIETH JUDICIAL DISTRICT AT MEMPHIS, SHELBY COUNTY

ADRIANA VILLA,
    PLAINTIFF

V.

EMPIRE TRUCK LINES, INC.,
DAIMLER TRUST d/b/a EMPIRE TRUCK LINES, INC.
AND GENE AUTRY BARCLAY, JR.,
    DEFENDANTS

CASE NO: CT-004227-17

DIVISION: VII

DOCKET NO.:

JURY DEMANDED

F I L E D
OCT 1 6 2017
CIRCUIT COURT CLERK
BY _____ D.C.

---

## COMPLAINT

---

COMES NOW the Plaintiff, Adrianna Villa, by and through her attorney Daryl Andre Gray and files this Complaint and hereby asserts the following causes of action against the Defendants, EMPIRE TRUCK LINES, INC., DAIMLER TRUST d/b/a EMPIRE TRUCK LINES, INC., AND GENE AUTRY BARCLAY, JR.

### JURISDICTION AND VENUE

1. Adriana Villa is and was at all times pertinent to this cause of action, an adult resident of Memphis, Shelby County, Tennessee.

2. The named Defendant, Empire Truck Lines, Inc. ("Empire"), is a Texas corporation conducting significant business transactions in the state of Tennessee, and specifically transporting a significant amount of goods through the City of Memphis, State of Tennessee.

3. The named Defendant, Daimler Trust d/b/a Empire Truck Lines, Inc. ("Daimler"), is a Delaware company authorized to do and doing business in Shelby County in the City of Memphis, State of Tennessee.

4. The named Defendant, Gene Autry Barclay, Jr, was in the course and scope of his employment with Empire and/or Daimler at all times relevant to this action.

1

5. The incident took place in Memphis, Shelby County, Tennessee, injured a resident of Memphis, Shelby County, Tennessee, and was caused by the negligence of these defendants.

## FACTS

6. On or about October 29, 2016, Plaintiff, Adriana Villa, was the driver of a 2010 Dodge Challenger.

7. The vehicle Plaintiff was driving was in the proper lane of travel, observing traffic signs, and was being operated in a safe and prudent manner north bound on Ridgeway Road.

8. At the same time and place, Defendant, Gene Autry Barclay, Jr was driving a 2016 Freightliner Truck owned by Daimler and/or Empire when he struck the left side of the Plaintiff's vehicle.

9. Upon information and belief, Defendant, Empire, at all times relevant hereto, was the direct employer of Gene Autry Barclay, Jr.

10. Plaintiff alleges that as a direct and proximate result of the actions and/or inactions of Gene Autry Barclay, Jr. and his employer Empire and/or Daimler, the Plaintiff suffered severe and permanent damages and injuries.

## NEGLIGENCE

11. Plaintiff charges and alleges that the Defendant Driver, Gene Autry Barclay, Jr was guilty of the following acts of common law negligence, each of which was a direct and proximate cause of Plaintiff's resulting injuries and damages, to wit:

   a. Negligently failing to exercise that degree of care and caution required of a reasonable and prudent person under the same or similar circumstances;

   b. Negligently failing to maintain proper control of a vehicle;

   c. Negligently failing to maintain a proper lookout;

d. Negligently failing to avoid the occurrence of the collision, which could have been avoided with the exercise of ordinary reasonable care, and the defendant failed to exercise such care.

e. Negligently failing to devote full time and attention to the operation of the freightliner truck he was operating at the time of this crash;

f. Gross negligence in the careless, reckless, unlawful, and negligent driving and operation of said vehicle with complete indifference to the consequences.

g. Negligence per se in that Plaintiff was in the class sought to be protected by the applicable state laws and city ordinances and said negligence per se is a direct and proximate cause of the collision at issue and Plaintiff's resulting injuries and damages;

h. Negligently operating a vehicle in an improper manner on the roadway;

i. Negligently failing to exercise ordinary and reasonable care to avoid said collision;

j. Negligently failing to drive an automobile with due regard for the safety of all other persons on the roadway; and

k. Negligently failing to drive an automobile with due regard for the safety of all other persons on the roadway.

12. Plaintiff further charges and alleges that at the time of the collision in question, the following City Ordinances and Statutes of the State of Tennessee were in full force and effect and were violated by Defendant, each and every such act constituting a direct and proximate cause or direct contributing proximate cause of the injuries and damages to Plaintiffs, to wit:

## CITY ORDINANCES

Section 24-116    <u>Duty to devote full time and attention to operation of a vehicle.</u>

Section 24-117    <u>Duty to drive at a safe speed, maintain a proper lookout and keep the vehicle under control.</u>

3

<u>STATUTE OF THE STATE OF TENNESSEE</u>

Section 55-8-103   <u>Required Obedience to Traffic Laws</u>

Section 55-8-110   <u>Traffic Control Signal</u>

Section 55-10-205  <u>Reckless Driving</u>

Section 55-8-136   <u>Driver to exercise Due Care</u>

13. Plaintiff further charges and alleges that Defendant's aforesaid acts of common law negligence and violations of City Ordinance and Statutes of the State of Tennessee constitute negligence per se in that Plaintiff was in the class sought to be protected by the legislation and said negligence per se is a direct and proximate cause of the collision at issue and Plaintiff's resulting injuries and damages.

14. Plaintiff further charges and alleges that Empire Truck Lines, Inc. and/or Daimler negligently hired, inadequately trained, negligently supervised and negligently retained Gene Autry Barclay, Jr and therefore, Empire Truck Lines, Inc.'s actions and/or failure to act were the direct and proximate cause of Plaintiff's injuries.

15. Plaintiff further alleges that Empire Truck Lines, Inc. was negligent for retaining the service of/or contracting with Gene Autry Barclay, Jr to transport goods within the state of Tennessee and is therefore the direct and proximate cause of Plaintiffs injuries.

16. Plaintiff further alleges that Daimler Trust is jointly liable for the negligence of Empire Truck Lines, Inc., and Gene Autry Barclay, Jr.

**INJURIES AND DAMAGES**

17. Plaintiff charges and alleges that as a direct and proximate result of one, some or all of the aforesaid acts of negligence and statutory violations on the part of the Defendants, that the plaintiff has suffered severe injuries and damages, including but not limited to:

    1. Extensive physical injuries;

    2. Medical expenses;

    3. Past, present, and future physical pain and suffering;

4

4. Past, present, and future mental anguish;

5. Past, present, and future loss of enjoyment of life;

6. Severe fright and shock; and

7. Out of pocket expenses.

18. Plaintiff charges and alleges that as a direct and proximate result of the negligence on the part of the Defendant, Plaintiff, received serious and painful injuries requiring medical attention and treatment. Plaintiff further alleges that doctors and medical bills were incurred in an effort to relieve the pain, suffering, and discomfort associated with Plaintiff's injuries. Plaintiff submits that all doctor and medical bills so incurred were reasonable and necessary for the treatment of the injuries and that Plaintiff will in the future require further medical treatment and will incur additional medical bills to treat said injuries.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff respectfully prays:

1. That proper process issue against the Defendants requiring them to plead and answer;

2. That Plaintiff, Adriana Villa be awarded judgment against the Defendants in the amount that truth dictates and justice demands and not to exceed **EIGHT HUNDRED THOUSAND DOLLARS ($800,000),** for actual compensatory and punitive damages for the Defendants' gross willful and wanton negligence;

3. That Plaintiff be granted such other relief, general or specific, that this Court deems equitable and just;

4. That the costs of this action be awarded to Plaintiff;

5. That a jury be empaneled to try these issues when joined.

5

Respectfully Submitted,

**DARYL A. GRAY, ESQ. (TBPR 27781)**
Attorney for Plaintiff
10555 Lake Forest Blvd., Suite 9C
New Orleans, LA 70127
Telephone: (504) 264-5552
Facsimile: (504) 264-5581
Email: daryl@gograylaw.com

**PLEASE SERVE:**

Please Issue Citation and a Certified Copy of this Complaint for Long Arm Service directed to:
GENE AUTRY BARCLAY JR
5205 Fairbanks Drive
Apt. 40
El Paso, TX 79924


Please Issue Citation and a Certified Copy of this Complaint for Long Arm Service directed to:
EMPIRE TRUCK LINES, INC.
Through its Registered Agent:
David R. Acker
10043 Wallisville Rd.,
Houston, TX 77013


DAIMLER TRUST
Through its Registered Agent:
CT Corporation System
800 Gay Street, Ste. 2021
Knoxville, TN 37929

6